IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

THE JUSTICE ADMINISTRATIVE
COMMISSION, A STATE AGENCY,

    Petitioner,

 v.

SHARI J. WILSON, ESQUIRE,

    Respondent.

_____/

Case No. 5D21-2846
LT Case No. 2019-DP-001185

Opinion filed April 8, 2022

Petition for Certiorari Review of Order from
the Circuit Court for Brevard County,
Charles G. Crawford, Judge.

Ana Cristina Martinez, General Counsel,
and Christian D. Lake, Assistant General
Counsel, of the Justice Administrative
Commission, Tallahassee, for Petitioner.

Shari J. Wilson, Rockledge, pro se.

PER CURIAM.

    The Justice Administrative Commission petitions for writ of certiorari challenging the trial court's order requiring that it pay attorney's fees for a grandmother's appointed counsel in the dependency proceeding below.

Although the grandmother is also the children's legal guardian, we conclude that the trial court's order departs from the essential requirements of law as explained in *Justice Administrative Commission v. Peterson*, 989 So. 2d 663 (Fla. 2d DCA 2008). *See also Just. Admin. Comm'n v. Grover*, 12 So. 3d 1256, 1257 (Fla. 1st DCA 2009).

We therefore grant the writ.

ORDER QUASHED.

WALLIS, EISNAUGLE and NARDELLA, JJ., concur.